**Dismiss and Opinion Filed June 27, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01140-CV**

**DOUBLE DIAMOND-DELAWARE, INC., DOUBLE DIAMOND, INC., WHITE BLUFF
CLUB CORP., NATIONAL RESORT MANAGEMENT CO., R. MICHAEL WARD,
FRED CURRAN, GEORGE COLLINS, LARRY GROPPEL, RANDY GRACY, CLARK
WILLINGHAM, DONALD FRITZ, MILT BERGMAN, AND WHITE BLUFF
PROPERTY OWNERS' ASSOCIATION, INC., Appellants
V.
JOHN WALKINSHAW, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-10333-J**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Myers
Opinion by Justice Lang

In this interlocutory appeal, Double Diamond-Delaware, Inc., Double Diamond, Inc.,

White Bluff Club Corp., National Resort Management Co., R. Michael Ward, Fred Curran,

George Collins, Larry Groppel, Randy Gracy, Clark Willingham, Donald Fritz, Milt Bergman,

and White Bluff Property Owners' Association, Inc., appeal the trial court's order granting John

Walkinshaw, et al.'s,[1] application for a temporary injunction.

This case was set for submission on April 23, 2013. However, on April 15, 2013,

counsel for Walkinshaw, et al., advised this Court that on April 8, 2013, the trial court granted

---

[1] There are approximately one thousand appellees in this case. See the judgment in this appeal for a complete listing of the names of the appellees.

Walkinshaw, et al.'s, motion for partial summary judgment, which addressed their claims for declaratory judgment and application for a permanent injunction. In response, this Court directed the parties to advise the Court whether the issues in the interlocutory appeal had become moot as a result of the trial court's April 8, 2013 order. On April 17, 2013, counsel for Double Diamond sent this Court a letter stating, in part, the trial court's April 8, 2013 order was ineffective as an injunction and "d[id] not technically moot the pending appeal." Also, they stated that they were "in the process of asking the trial court to permit an interlocutory appeal from the April 8 ruling." Counsel for Double Diamond also requested that this Court remove the appeal from submission on April 23, 2012. On April 18, 2013, counsel for Walkinshaw, et al., sent this Court a letter stating, in part, "[t]he trial court's April 8, 2013 order is a determination on the merits regarding the issues involved in the temporary injunction." On April 19, 2013, by this Court's own motion, we removed this appeal from submission and directed the parties to file additional briefs on the issue of jurisdiction.[2]

On May 14, 2013, a supplemental clerk's record was filed in this case. That record shows that Walkinshaw, et al., filed a motion for determination of attorneys' fees, motion for severance and entry of final judgment, and motion for entry of scheduling order. The supplemental clerk's record showed that these motions were set for a hearing before the trial court on May 24, 2013. On May 30, 2013, this Court sent the parties a letter requesting that they advise the Court of the outcome of that hearing. In response, counsel for both parties sent letters advising that the trial court had not ruled on the motions. Instead, the trial court requested additional oral argument and the next hearing was scheduled for May 31, 2013. After that hearing, counsel for Double Diamond sent this Court a letter stating that, during the hearing, the trial court "heard renewed arguments on [Walkinshaw, et al.'s,] Motion for Partial and No-

---

[2] Both parties filed jurisdictional briefs as directed by this Court.

Evidence Summary Judgment and on [Double Diamond's] Motion for Permission to Appeal Interlocutory Summary Judgment Rulings, and took both motions under advisement." In addition, the trial court advised the parties that "a ruling would be forthcoming by Wednesday, June 5, 2013." On June 7, 2013, counsel for Double Diamond sent this Court another letter stating that

> [T]he trial court was to render a decision on the pending motions filed by [Walkinshaw, et al., and Double Diamond] by close of business Wednesday, June 5, 2013. As of the writing of this update, no ruling has been made and none appears on the trial court's website. We will . . . advise the Court of Appeals upon the entry of any order by the trial court in this matter.

Then, on June 21, 2012, counsel for Double Diamond sent this Court a letter, which advised that the trial court had ruled on the motions. A copy of the trial court's letter ruling was attached.[3] It states, in part,

> I appreciate [Walkinshaw, et al.'s,] agreement to proceed as an interlocutory appeal[,] instead of the [trial] [c]ourt granting final judgment. . . . I believe that an interlocutory appeal on the merits is the preferred course of conduct[,] instead of the complications of severing parts. . . .
>
> The [trial] [c]ourt declines to amend the temporary injunction. . . . [T]he underlying merits are being submitted to the Court of Appeals for interlocutory, accelerated appeal. If the Court of Appeals affirms the judgment, [Walkinshaw, et al.,] can have their money returned to them. If the Court of Appeals reverses the judgment, however, and the merits are ultimately judged in [Double Diamond's] favor, the homeowners' association should have some protection to collect the disputed amounts.

The sole issue before the trial court in a temporary injunction hearing is whether the applicant may preserve the status quo pending the trial on the merits. *Dallas/Fort Worth Int'l Airport Bd. v. Ass'n of Taxicab Operators,* USA, 335 S.W.3d 361, 364 (Tex. App.—Dallas 2010, no pet.); *Hiss v. Great N. Am. Co., Inc.*, 871 S.W.2d 218, 219 (Tex. App.—Dallas 1993, no writ).

---

[3] In addition, counsel for Double Diamond attached a copy of the trial court's amended order granting Walkinshaw et al.'s, motion for partial summary judgment and denying Double Diamond's motion for partial summary judgment. The amended order also granted the parties permission to appeal pursuant to Texas Civil Practice and Remedies Code section 51.014(d) and Texas Rule of Appellate Procedure 28.2. The trial court's amended order is not before this Court in this interlocutory appeal.

An appellate court limits its review of the grant or denial of a temporary injunction to whether the trial court abused its discretion in entering the interlocutory order. *Hiss*, 871 S.W.2d at 219. The appeal of a temporary injunction should not be cause for trial delay. *Dallas/Fort Worth Int'l*, 335 S.W.3d at 366; *Hiss*, 871 S.W.2d at 219. Trial courts should proceed expeditiously from the grant or denial of temporary injunctive relief to full consideration of the merits to reduce the need for interlocutory appeals. *Dallas/Fort Worth Int'l*, 335 S.W.3d at 367; *Hiss*, 871 S.W.2d at 219. The fastest way to cure the hardship of an unfavorable preliminary order is to try the case on the merits. *Hiss*, 871 S.W.2d at 219.

Based on the record and the information provided by the parties, it appears that hearings on the merits have already occurred. Walkinshaw, et al.'s, motion for partial summary judgment, which prayed for a permanent injunction and a declaratory judgment on the merits, was granted by the trial court's amended order dated June 19, 2013. Double Diamond's motion for partial summary judgment was denied by the same order. In light of the posture of this case in the trial court, this Court need not address further the temporary injunction issues raised in this interlocutory appeal. *Brar v. Sedey*, 307 S.W.3d 916,920 (Tex. App.—Dallas 2010, no pet.). At this time, any opinion we might render in this appeal would amount to an advisory opinion. This Court does not issue advisory opinions. *See Dallas/Fort Worth Int'l*, 335 S.W.3d at 364; *Hiss*, 87 S.W.2d at 219. Accordingly, we conclude this interlocutory appeal is moot.

This appeal is dismissed.


121140F.P05


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOUBLE DIAMOND-DELAWARE, INC., DOUBLE DIAMOND, INC., WHITE BLUFF CLUB CORP., NATIONAL RESORT MANAGEMENT CO., R. MICHAEL WARD, FRED CURRAN, GEORGE COLLINS, LARRY GROPPEL, RANDY GRACY, CLARK WILLINGHAM, DONALD FRITZ, MILT BERGMAN, AND WHITE BLUFF PROPERTY OWNERS' ASSOCIATION, INC., Appellants

No. 05-12-01140-CV        V.

JOHN WALKINSHAW AND CATHY WALKINSHAW, MARK MATHISEN, JAMES DRAKE, GLENN CHRISTOPHER, GERALDINE CLARK, STEPHEN CLARK, WEBSTER CLARKE, TERRY WADE, JAMES WALDROP AND KATHY WALDROP, ROBERT WALKER, KELLY PARKS CORSO, KEVIN COX, RICHARD CROW, ERIC CUMMINGS, LEROY CURRY, REDDY DASARI, JAMES DAVENPORT AND SHARON DAVENPORT, SCOTT DAVENPORT, ARGUSTA DAVIS, DOUGLAS DAVIS, SAM AINTABLIAN, RIMA MELILEYAN, VICTOR ALARCON AND ROSA ALARCON, JAMES ALDRIDGE, PETE ALVARADO, ADRIANA ALVAREZ, DARRELL AMSDEN, WYATT ANDREWS, GARY ANTHONY AND RUBY ANTHONY, GARY AQUILINA AND PAMELA AQUILINA, DEBORAH

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-10333-J.
Opinion delivered by Justice Lang. Chief Justice Wright and Justice Myers participating.

ARNOLD, JAMES RUMAGE, BETTY ARNSTINE, LARRY ATKINS AND KAREN ATKINS, JIMMY AUGUSTINO, ELIZABETH ABEL, ANAS ARNOUS, GLORIA ARRIAGA, BUDDY ABLES, JOSE ACHONDO, MIKE ADAMS, ARMANDO AGUILAR, PAUL GASSNER, SCOTT GAST, BERNARD GEIGER AND SANDRA GEIGER, EUGENE GENDEL AND ANNA GENDEL, EDWARD GERKEN, DOUGLAS GLASPELL, MICKEY GLASS, EDWARD MICHAEL GOLUBIC, RAMON GOMEZ, GINA GONZALES, LANNY GOUGE, JOHN GOUGH, BEVERLY GRAHAM, MARVIN D. GRAHAM, JR., MONTY GRAHAM, LAN TRAN, MELVIN TRAYLOR, DAVID TUCKER, IDA UNGER, JAMES USSERY, CHARLES VANDERWOUD, FRANCISCO VAZQUEZ, MARCIA VERHAGEN AND ROBERT VERHAGEN, DAN BANKS, ROBERT BARRE, ULI BAUMERT AND BRENDA BAUMERT, DONALD BEAL, ROBERT BENNETT AND SHERI BENNETT, TERRENCE BENTON, SOKOL BIBERAJ, ROBERT BIRTH AND NANCY BIRTH, A. ROBERT BONNEFIL, RICHARD BONNER, DEBBIE BRASHEAR, WILLIAM BRAY, ROY BREAKER AND JOYCE BREAKER, SHERIDAN BREWER, JESSIE BRICE, JOE BRITO, ELSIE SPENCER, CARL BRITTON AND LYNETTE BRITTON, MICHAEL BROOKS, GILBERT BROWN, MICO BROWN, ALAN BRYANT, MICHAEL BURGESS AND CHARLOTTE BURGESS, KIRBY BUSH, BILL CAMPBELL, LARRY CAMPBELL, RALPH CAMPOS, ALFREDO CANLAS, DEREK CARILLO, RONALD CAWTHON, DOUGLAS CHALMERS, PAUL CHANDLER, SHIHAO CHARLES CHANG, ADALBERTO CHAVEZ, ABDEL CHEHADE AND RAMZIE CHEHADE, MIRIAM CHIAVERINI, DANIEL DAWE AND DEBORAH DAWE, DANIEL DE ORIAN, JEFF DEARMAN, RICHARD

DEMAREST, JOSEPH DEPALMA, ALICE DEROUX, RUEL DIXON, DAVID DOST, MICHAEL EDWARDS, ARTHUR FRAUSTO, VALORIS FORSYTHE, ROBERT KELLY AND PEGGY KELLY, STEVE DREILING, CARROLL EDWARDS, GLENN EISELIN, ELDOR EISEN AND DOROTHY EISEN, RICARDO ELIZALDA, TOMMY RAY ELLISON, DEAN ELYOSSRI, CHRIS ENSENBERGER, BOBBY EVANS, DANIEL EVANS, LINDA FAIR AND GARY FAIR, GARY FARMER, CHARLES FIKE, CURTIS FINK, FARRELL FISHER, ELIZABETH JANE FLEMING, WALTER FOSTER, LINDA FOUNTAINE, THOMPSON FOY, FELIX FRANCIS, ROBERT FINDLEY, KENT FREDERICK, DAVID FREMDER, JERRY FULLER, WILLIAM GALLE, RAMON GARDNER, RAYMOND GARDNER AND SHARON GARDNER, PERRY GARMAN, WILLIAM GRAHAM, MARK GREENLEE, CHIQUITA GRICE, JAMES GROSS, JACOB GROVE, KENNETH GRUNEWALD, MARK HALL AND CATHERINE HALL, DENIS M. HANLEY, DENNIS E. HARMS, RUTH HARRIS, JAY HARVEY, FRANCES HATTER, TRACY HAYNES, TONY HELTON, CHARLES HENDERSON, DWAYNE HENDERSON, JAMES HENICKE, DAVID HENSON, LEROY HERNANDEZ, JANET HERT AND JERRY HERT, MARC HINKLEY, WILLIAM HOLDER, ELIZABETH MERRELL, ROBERT DELORIS PHELAN, RALPH PHILLIPS, WAYNE PILIP, ROBERT POLLOCK, NANDOO POORAN, EFRAIN PORTALES, CRAIG PORTZ, LARRY PRATHER, ANDREW PRESTWOOD, CHARLES PROWANT AND MOLLIE SUE PROWANT, JOHN QUARELLO, RICHARD RADYKOWSKI, LEA REAMER, FLOYD REECE, DONNA REED, KEVIN REMBACKI AND ALICIA REMBACKI, B.R. RESPESS, GLENN RICHARDSON, JENNIFER HALLIBURTON ROBERTS, MICKEY

ROBERTS, ROGER ROBERTSON AND LINDA ROBERTSON, DEBBIE ROCKET, ROBERT ROGERS, HERMAN ROJO, DARYL ROLLINGS, ARTHUR ROSENBERG, CHARLES ROSS, STEVEN ROSSI, DAVID ROWE AND ROBIN ROWE, STEVEN RUMER, ROSA RUS THROUGH, REGINALD RUTLEDGE AND BETTY RUTLEDGE, GARY RYAN, LARRY SALISBURY, JAMES SANCHEZ, CARY SANDE AND NANCY SANDE, CLARENCE SANDLES, DANIEL SATURN, DANIEL SCOTT, ALBERT SELMERON, MARY ANN SHARP, DARLENE ANN SHAW, JULIA SHEEHAN, RICHARD SHIMER AND CAROL SHIMER, JOHNNIE SHOWALTER, DANIEL SIDES, JUDITH SINDER, RON SINENI AND ANNE SINENI, MIKE SKRABACZ AND KAREN SKRABACZ, JEFF SLADECEK AND MILISSA SLADECEK, JOE SLADECEK AND JANIS SLADECEK, ROBERT SLADECEK, LESLIE SMITH, PHILIP SMITH, JUDY SMITHEY, CHARLES SPEARS, RONALD SPEARS, JOHN STEPHENS, WARREN STEWARD, CHARLES STONE, LOUIS STORM AND BARBARA STORM, BILL STOWE, MATTHEW STUART, HENRY SUMMERFORD, STEPHEN SUMMERS, DANIEL SUTTON AND INEZ SUTTON, DENNIS SVAB AND ROSITA SVAB, BELVA SWANNER, ROBIN TALLEY AND BRENDA TALLEY, KENNETH TAYLOR AND JOYCE TAYLOR, DELORIS TERRELL, THELMA LONG, DONALD TELLER, THEODORA THOMAS, SALVADOR TORRES, JULIA WENSEL AS GUARDIAN FOR DORIS R THOMASON, JAMES TOLBERT, SHARON WALRATH, LIANGHSIUNG WANG AND HSIUYUN WANG, JEFF WANG, RICK WARDEN, MICHAEL WASSON AND PAULA WASSON, TERRY WATTS AND MARNI WATTS, CHRISTOPHER WEIDES, GENE WEST, RITA WHATLEY, MARY WHEELOCK,

N. CAROLYN WICKER, VIRGIL WIESNER, TIM WIGGINS, JIMMY WILLIAMS, KELLY WILLIAMS AND SHAREE WILLIAMS, DUANE WILLMAN AND TINA WILLMAN, GREGORY K. WOOD, MICHAEL WORCESTER, JOAN WRIGHT, KEVIN WRIGHT, FRANKE WYNNE, TIM YOUNG AND STEPHANIE YOUNG, JOHN ZIMMER AND JOY ZIMMER, WES ZMOLIK, BRUCE JOINER AND JUDY JOINER, CLARICE JONES, THOMAS EVERETT JONES, ROBERT MORRIS JUDD, SANFORD JUDKINS, MADAN KAUSHAL, KIRK JOINER AND JAMIE KEEL, ARTHUR KELLEY, ROBERT KELLEY AND PEGGY KELLEY, RICHARD KELLY, MURARI KHANNA, CARLA KIDD, HERSHEL KIME, DAMON KING, KEVIN KOESTNER, JOHN LANG, MARCUS LAWRENCE, MAX LEE, JOHN LEMLEY, RAY LEWIS AND PATRICIA LEWIS, RONALD LEWIS, PAM LIEF, VENUS M. LILLYBRIDGE, VENUS J. LILLYBRIDGE, ANTHONY ABRANTES, ANTHONY ACOSTA, LUIS GARY ACOSTA, TRISHA ADAMS, WILLIAM K. ADAMS, CONSUELA MEDRANO ALEJANDRO, ANTHONY W. ALLEN AND SHARLEEN M. ALLEN, CHARLES G. ALLEN, DARIN ANDERSON, TODD ANDERSON AND KATERINA ANDERSON, MARCIA ARCHIBALD, MICHAEL ARCHULETA, STEVE ASBILL, ADELA Q. ASHA, JESUSA ASHBY AND JOHN ASHBY, JERRY H. BAILEY, ANTHONY BALCHUNAS, JERRY BALLARD, WILFREDO BATISTA, CEASAR BELSER AND LISA BELSER, CYNTHIA L. BERRY, JANICE A. BERRY, KELLY R. BEYER, DAVIN BICKFORD, TIM BISHOP, BERNIE BLACK, KENNETH R. BLANKENSHIP AND MARY SUE BLANKENSHIP, DIDIER BOIVIN, CELAH BOLDON, III, MARVIN BONNER, JR., HARVEY A. BRADEN, DAVID BRANHAM, DONALD

W. BREI, BRAD BROWN, DAVID G. BROWN, FRED E. BROWN, JAMES C. BUEHRIG AND JEROLENE BUEHRIG, DARKO & PIEDAD BURMAZ REV. TRUST, ROBERT C. BURNS, CHARLES H. BUSEY, MARISSA CALICA, BRYCE K CAMERON, JEFFREY A. CARTER, RALPH E. CASEY, ALBERTO CASTILLO, LLOYD CHARLES AND WENDI CHARLES, ANTHONY CHEN, CARLOS E. CHILDS, DENNIS CIHACEK, KATHY CIKANEK, KENNETH L. CLARK, DWAYNE CLEVELAND AND AMY J. CLEVELAND, BRUCE COLTHARP, ERLENE COLVIN, WILLIAM B. COPELAND AND CLAIRE ANN COPELAND, JOANNE B. CORBET, DAVID CORONA, GILBERT COTA, ROBERT CRANSHAW AND JUDITH CRANSHAW, JAMES RAY CREED, MARIKO CROSS, JAMES CURRAN, JOHN DALFONSO, ALTON W. DANIEL, HENRY DASARI, WILLIAM H DEAN, MARTIN DEAVER AND DEBORAH DEAVER, DIPAK B. DESAI, ANA M. DIAZ AND SANCHEZ DIAZ AND ANGEL L. DIAZ, CANDIS (ESSEX) DICKEY, STEVEN DILLON, MAR DIMES, LARRY DIX, PEGGY DOLEZALIK, BENNY DOLLAR, JOHN P. DONLIN, RAYMOND DUCHSCHERER, MARTIN W. DUNBAR, ROBERT E. DUNIGAN, HYLA EMERY, ROGER ENGLAND, RICHARD C ENRIQUEZ, JOHN B ERICKSON, HAZEL ESKRIDGE, DAVID FAIN, DAVID O. FALLERT, CHRIS FARISH, HOMA FERDOWSI, VITO FERRARA, THOMAS W. FERRELL, SR., JEREMY FLEMING, H. RAY FODDER, PAT FOGERSON, CHARLSY FORD, PATRICK FOSTER AND LINDA FOSTER, FAYE FREDERICK AND DON YOST, C. BUCK FULLER AND YVONNE FULLER, ANTONIA GALINDO, MARIA J GARCIA AND CHRISTOPHER GARCIA, JAMES GARNER AND MARLA GARNER, RODNEY K. GASKILL, PAUL S.

GEATER, DAVID A. GILMORE, SR.,
GERMAN M. GIRON, ANDREW GLEN
AND CAROL GLEN, ROBERT GLENN,
MARGARITO GONZALEZ, MARK S
GONZALEZ, RICHARD GONZALEZ,
RUDOLPH GONZALEZ AND MARIA
GONZALEZ, PAUL GOOLSBY,
TIMOTHY GOOLSBY, MARTHA
GORDON, CAROLE GRAFF, BOB J.
GRAHAM, PHILLIP GRAVATT, GAIL B.
GRAY, RICHARD GRIFFIN AND HELEN
GRIFFIN, JULIA GROMATZKY AND
KAREN D. PECK, GEORGE C.
GROMECKI, PETER GROSSERHODE,
APOLINAR GUEVARRA, JR., KARL R.
GUTZKE, ENRIQUE GUZMAN,
NADEEM A. HADDAD, ERNEST SCOTT
HAILE, KEITH HALL, RONALD C.
HALVERSON, MICHAEL HANCOCK,
GERALD A. HARE, JOHN G. HARVEY,
GERALD E. HATFIELD, SAM HATTON
AND BEVERLY HATTON, RIKKI
HEMEL, GERALD HENDERSON AND
DONNA HENDERSON, JULIAN
HERNANDEZ AND APRIL
HERNANDEZ, WILLIAM S. HERRIDGE,
JAMES D. HILGER, ANGELA HILLIN,
HEROLD HINDS AND JACQUELINE
HINDS, JOHN C. HOBSON, ASBERRY
HODGE AND PATRICIA HODGE,
DARYL HOELSCHER, JOAN L.
HOLBROOK, JOSEPH M. HOLLEY,
WADE HOOVER, LISA C. HOUDEK,
GARY M. HOUSE, CAROLYN HOWARD
AND ROBERT HOWARD, KIRK HULL,
WYNNE HUNKLER AND PAULA
HUNKLER, TIMOTHY HUTCHENS,
DAVID W. HUTTON, MICHAEL
HUTYRA, MARY ICE, WILLIAM C.
JACKSON, JAY JAGIELLO AND
ANDRZEJ JAGIELLO, JOHN R. JARMA,
DANIEL L. JAMORA, EDWARD J.
JASEK AND MARY K. JASEK, BRENT
JONES, BRIAN JONES, GLENN E. JONES
AND JENNIFER JONES, JERRY L.
JORDAN AND VIVIAN D JORDAN,
JERRY L. JOYNER, JEFF KAUFMAN,
JOHN H. KELLY AND MARGUERITE

KELLY, D. W. KIEFF, BOBBY L. KING, ALAN KIRBY AND HELEN KIRBY, CYNTHIA D. KIRK, MARK KOON, BALDEV KRISHAN, EDWARD R. LANE AND PENNY LANE, AMBER LAPP AND RONALD LAPP, JASON LASH, ANTHONY LEDESMA, CAROLYN E. LEDFORD, JEFF LEMLEY, GRENVILLE LEWIS, IV, ARTHUR LEYHE AND SHARON LEYHE, JERRY LITTMAN, BOBBY G LIVELY, RODOLFO "RUDY" LOPEZ, THOMAS R. MABRY,JR., STEVEN J. MACDONALD, IRVIN R. MACK, KIRAN MAHAJAN, HAROLD MAPES, DAVID N MARINELLI, BRUCE MARLIN, L. DAVID MARSCHALL, EARL D. MARTIN AND BEULAH MARTIN, JOHN E. MARTIN, MICHAEL MARTIN AND SHARON MARTIN, ELISA MARTINEZ, WILLIAM MASON AND MARYANN MASON, PAUL H. MASSEY, PATRICK H. MATHESON, DAVID MCCOLLOUGH, RANDY MCCOLLUM AND KAREN MCCOLLUM, J. B. MCCRUM, II, ROBERT L. MCCULLOUGH, BRUCE MCCORMACK, MICHAEL T. MCCULLY AND PAMELA MCCULLY, BILLIE SUE MCDONALD, GLEN MCDONALD, JAMES MCDONALD, JOHN K. MCDONALD, CARROL SNOW STRICKER MCDOUGAL, LISA MCGEE, LISA R MCLEAN, PATRICIA MCMANN, PHILLIP MCNEEL, ROSE MELO REVOCABLE TRUST, PEDRO HUERTA MENDOZA, GERARD METZLER, DONALD L. MODE, FRANK MONTGOMERY, MOONS ENTERPRISES INC., BILL MORRIS, T. J. MOXON, GENEVA MULL, MICHAEL MULLINS, HENRY MURRAY, WILLIAM J. NAUGHTON, STEPHEN NAVICKY, TIA KIM NGO, BENJAMIN NOGUERAS, MARK NOLEN, PHIL R. NORMAN, JULIE A. NORTON, JOE NOVAK, JOE M. OLDHAM, DAVID R. OLGUIN, PHYLLIS (MRS. ROLAND) OLSON, REX ONDRACEK, GUSTAVO ARACELI

ORTIZ, JOHN OSBORNE AND BEVERLY OSBORNE, ROSA OVALLE, VIRGIE PAJARILLO, DAVID PANNONE, DIANA PAPMEDER, DENNIS PARKS AND ROXANNE PARKS, ROY PAXTON, BARBARA PEEBLES, CHARLES E. PEEL, DAVID E. PETERS, JAMES PETERS, ALBIN L. PICHA, RILEY G. PIERCE, BRUCE A. PLASKET AND CLAUDIA V. PLASKET, WILIAM A. POMEROY, SAMUEL PRAGER, SATHYA PRASAD, NICANOR PROFETA, STACY PRUORN, GERALD PRYNE AND WENDY PRYNE, RUFINO N. QUICHO, JR., JANICE K. RAGLAND, RICHARD RAGSDALE AND NINA RAGSDALE, DAVID RAINES, LARRY RAMPENTHAL AND JULIE A. RAMPENTHAL, ROBERT J. RAY, ARTHUR J. REINKING, MALCOLM D. REX, RUDOLF REYES, CHARLES C. RHODES, LELAND D. RIDLING, KENT ROBBINS AND SUSAN ROBBINS, JOHN A. ROBERTS, III, LOUIS E. ROBICHAUX, ARMANDO N. ROCHA, EDWARD RODEHEAVER, STEDROY RODNEY, ANTONIO RODRIGUEZ, PAMELA RODRIGUEZ, JAMES ROSE AND MARILYN ROSE, JOSEPH ROSS AND LINDA ROSS, MARGARET A. RUIZ, RONNIE RUSHING AND SHEILA RUSHING, STEPHEN V. RUSSELL, WILBERTO SAN LUIS, JOE V. SANCHEZ, STEVEN SANDERS, ALAN DEAN SANNER, JERRY SATHER AND FRANCES SATHER, MARK A. SCHAFER, BRENDA W. SCHERTZ, KENNETH SCHOEN, LEE SCHUCH AND ANNABETH LEE SCHUCH, STACI SCOTT, RALPH SEARS AND MARGARET SEARS, STEFAN SELECKY, CHRIS SELL, CHERRIE SELMAN, DAVE SHARMA AND SHASHI SHARMA, TOMMY LEON SHAW, LAURIE SHELLEY, KEITH A SHIVELY, VICTORIA SHOEMAKER, MICHAEL SIEGEL, HOSHIAR SINGH, DEBORAH D. SMITH AND DEBORAH

A. DORR, MIKE E. SMITH, ROGER K. SMITH, GARY N. SNOW, CHRISTOPHER J. SOANES, ADESH SOODEEN, RANDY SPARKS, ELEANOR W. STANDEFER, JEANNINE STARR, MELISSA STEELE AND ALAN STEELE, BART STEFFEN, GORDON STEGER, ROBERT E. STEPHENS, JR. RANDY STEWART, TERRENCE I. TELLIGMAN, ALEXANDER TELLO, PAMELA TERRELL, BARRY THOMBS, AMY TINDOY, GREGORY S. TONIAN, ANGELA RENEE TRUJILLO, ROBERT R. TULEY, ROBERT D. TURECHEK AND KAREN K. TURECHEK, DANNY TURRENTINE, MICHAEL VANCE AND NANCY VANCE, JOANNA COOPER VANDERPOOL, DAVID VANDIVER, TIM VANLARE, JERRY VAUGHN, JOE VEACH, NELSON R. VILLALOBOS, BLAKE VOGLER, JIMMIE J. WADE, FRED I. WAGNER, MICKEY WALKER, RICHARD WALKER, MARY A. WALLACE, PEGGY WARD, H. ROGER WARWICK, JIM WATSON, MICHAEL F. WEATHERLY, DARREN WEIRICH, KERRY WELCH AND MARIS WELCH, TIMOTHY L. WELCH, JAMES B. WELLING, JANICE WENTWORTH, GEORGE WHEELER, FRANK WHITVER AND MARY WHITVER, LARRY WILLIAMS, NEVIL WILLIAMSON, JEFFREY A. WILSON, JEFFREY S. WOLDER, FRANCES R. WOLF, STEPHEN L. WOOD, DEBRA DAVIS WOODS, ROBERT E. WRIGHT AND SHARON S. WRIGHT, GREG WYNN, DAVID YACKER, PEIJING YANG, MARNA YERIGAN, JOHN YEVCAK, MICK YOUNG AND VALERIE YOUNG, ROLAND YOUNG, MAYEZ ZEINE, JOEL C. ZIMMERMANN, JOSE ABELLA AND GEMMA I. ABELLA, SERGIO M. AGUIRRE AND ELSA R. AGUIRRE, PEGGY ALLEN, JOSE H. ARDON, ROSA ARMIJOS AND ANTONIO ARMIJOS, RUSSELL BACK, ROBERT & SANDRA BAKER FAMILY TRUST, FRANK

BALKE, THOMAS BARNES, CATHY BARTOLOWITS AND JOE BARTOLOWITS, ROY A. BASA AND LORI BASA, KYLE BECKER, JAKLIN BENJEMIN, B. DANIEL BERGENHAGEN, DARLENE BESHEAR, PAT A. BLAKELY, CHARLOTTE A. BOOTH, FRED BOWLDEN, A. J. BOWMAN, STERLING BOWMAN, MICHAEL H. BRAUN, LARRY BROWN, ROBERT L. BROWN, ERNIE BROWN, TUAN BUI, RITA B. BURNETT, JANET MCWHORTER CAOUETTE, JOSEPH V. CARROCCIA, LARRY CARVER, ELLIE NELIDA CHAPPEL TRUST, PAMELA S. CHELETTE, SCOTT CHESHIRE, SANG CHEL CHUNG, PAUL CLAMPITT, JEFFREY B. CLEARY, SCOTT A. COBERN, RONALD B. COKER AND BARBARA A. COKER, ROBERT COMEAU, DAVID CONE, JOSE CORTES, HENRY CRAWLEY III, MARTIN L. CRISSEY, CALVIN O. CROSBY, STEFANO D'AMICO, GARY DANDOY AND LINDA DANDOY, HENRY C. DAVIS, ROBERT GLENN DAVIS, CLAUDE S. DEAN, JEFFREY DEAN, LEE J. DEGROOT, LEVI DELEON AND SONIA DELEON, ROBERT DEVERNA, ROSELIS DIAZ, GARY DOOLEY AND KATHY DOOLEY, JEFF DOSSETT, ELKE B. DROZD-WILLIAMS, EDWARD W. DURHAM, DALE EATON, STEWART M. EDINGER, TERRY EHRHARDT, BILL ELLIS, CYNTHIA ENGELHARDT, JAMES L. ERBY, AILLEN JOY ESCOLAR, LARRY D. ESTES, BUTCH EUSTICE, EXCELLENCE CUSTOM HOMES, LLC, ROBERT FAGARAGAN AND JOANALYN FAGARAGAN, STEVE FEHMEL, BOB FEIDLER, JOSEPH & PENNI FEIL, HARRY N. FINDOR, RICHARD M. FISHER, RICHARD FLATT AND DEBRA FLATT, ELOY FLOREZ AND PEGGY FLOREZ, STEPHEN R. FOXX, SCOTT FRANKS, KEVIN FREUND, DAHLIA J. C. FULGENCE,

EMMETT FUNDERBURK, BOBBY LEE GERMANY, JAY GIMPLE, BERNARD A. GOBAR, JR., KIM JAMES GORUM, TIMOTHY GOTTLEBER, NEIL R. GOVE, SANDRA GRAHAM, GILBERT GRANADO, GORDON K. GREEN, CARMEN A. GREEN, W. E. GUINN, ESTER GULTOM, FRANK A. HABERL, MICHAEL R. HALL, T. COLLIN HAMPTON-KELLY, DONNA HANCOCK, PAULA HANDRUP, ODIE L. HARRIS JR., OLLIE E. HARTGROVES JR., BERNIE R. HARTIS, MATTHEW HAYDEN, DEBBIE HAYS, STEVEN HEIFETZ, JERRY HELTON, ISRAEL HERNANDEZ, JESUS HERRERA, DORIS A. HILL, JOHN HINCHMAN, TAMI HOGAN, ROBERT HOLLEMAN, CHARLSEY L. HOLLER, JAMES HOLLEY, IRA G. HOOD TRUST C/O HELEN HOOD, BOB W. HORTON, RUDOLF HOUDTZAGERS AND MARIANNE HOUDTZAGERS, PHILLIP L. HOULTON, SR., SHAWNE HUNTINGFORD, THOMAS HYMAN AND JANICE HYMAN, JORGE IBARRA, ROBERT WAYNE INZER, B. R. ISRAEL, JOE W. IVIE, TOMMIE HOPE JACKSON, JOHN R. JARMA, ROBIN JENTZEN, GARY JOHANSEN AND GEORGIANA JOHANSEN, GARY JOHNSON AND CAROL JOHNSON, FRANCES M. JOHNSON, JEFF JONES, RICHAEL M. JONES, CATHY JOSEPH, DAVID KALISKI, TERRY KERR AND BARBARA KERR, ANTHONY CHADWICK KESTLER, SABRA KHAN AND MOHAMED KHALID, ABDUL M. KHAN AND HUMA J. KHAN, JAMES KILGORE AND DEBRA KILGORE, THERESA KING AND DAVID L. KING, JR., DONALD R. KNIGHT, CHESTER KOWALSKI, KENTON KRAFT, ARTHUR R. KRULL, JOSEPH K. LAYTON, JOHN P. LEE, TERRY R. LEE, DAVID P. LEWIS, MICHAEL LOBMEYER, JAMES E. LOCK, DANIEL LOPEZ, WESLEY T. LOWERY, GAIL A. MADISON,

MATTHEW S. MARTIN AND KELLY A. MARTIN, ALEJANDRO MAURICIO, MICHELE MCCAA, CARL R. MCCORKLE, BRUCE MCCORMACK, DONALD MCCRACKIN, VICKIE MCDONALD, MICHAEL E. MEAD, BOYD L. MELBOURNE, DARRELL D. MILIAN, JOHN MITCHELL AND JUDY MITCHELL, CATHERINE S. MOLAVI, JOHN MONTGOMERY AND CAROLYN MONTGOMERY, RANDALL MOORE, TONY MORRIS, DAVID R. MOSES, JEFF MOULDER, ROBERT MUNSON III, JOEY MURTHIL, BRADY NELSON, WARREN D. NICHOLS AND MAUREEN Q. NICHOLS, RICKY L. NOBLE, RAYMOND NOTTINGHAM, JR., RICHARD W. DNEAL, JAMES E. OLIVER, LEROY OLIVER AND LILLIE R. OLIVER, OLSON LIVING TRUST C/O GEORGE OLSON AND CAROL OLSON, JAMES L. OWENS, H. WAYNE OWSLEY, LESLIE PAIS, DONALD R. PATTERSON AND MARY LU PATTERSON, TANYA PAYNE, JAMES STEVEN PEACOCK, AUSTIN PEMPSELL, BOBBY PESCHEL, RICHARD C. PETERS, VALERIE PETERSON, JAMES PHELAN, RANDY POLAK AND CHARLES P. POLAK, JR., JOSLYN V. PORTMANN, ROSA POTTER, VAL V. PRATHER, MARK PRINCE, DOMINIC C. QUARTIER, 1993 RAMBAJAN TRUST, ANTHONY N. AND CARMELITA D. RAMBAJAN TRUSTEES, DAVID RAMSEY, MICHAEL E. REITER, SAM REYNOLDS, ROBERT RHINE, PAUL W. RICHARDS, DON RIDENOUR, CHRIS RIFFE, WILLIAM RISK, TOMMY RITTER AND SUSAN GOLDEN, RON ROBINSON, GUSTAVO RODRIGUEZ, RICHARD ROMAN, MICHAEL E. ROPER, MICHAEL C. ROWAN, MICHAEL R. RUCKMAN, JULIETE SATCHELL, MARVIN SAUNDERS, CRAIG SCHACHERER, GREGORY C. SCHAECHER, JEFF SCHMUCKER,

BARBARA SCHREIB, RONALD SCHULZE, LEWIS SEALES AND CHARLOTTE SEALES, JAMES SEARS, WAYNE SIBLEY, ERVIN SIEMONEIT AND BARBARA SIEMONEIT, JACK SIMMONS, GURJEET SINGH, GEOFFREY SLOMA, JOHN L. SMITH, MARIA A. SNELL, DORIS SPANGLER, ROYCE A. SPARKS AND ANA M. SPARKS, JOHN R. SPEER, DAVID P. STAPP, LARRY B. STEVENSON, DAVID STEWARD, ELMER SUMMERS, MARVIN SWAIN, WILLIAM F. TAYLOR III, KERRY THERWHANGER, EULA THOMAS, SANDRA GREENE THOMPSON AND FERNANDO THOMPSON, ROSA L. TORO AND RAFAEL MONTALV, LUANN B. TUCKER, MICHAEL URESTI, RENE VICUNA, DOMINGO VILLAFANA, DELFINA VILLARREAL, GAIL VOELCKER, LARRY VUNCANNON, MARILU WALKER AND WILLIAM WALKER, JR., MICHAEL H. WALLACE, PHIL WALLIN, DAVID WALLS, MICHAEL WALSH, DOUG WALTHER, RISSIE WALTON, JOHN WARREN AND LAURA WARREN, RANDY WATTENWORTH, RUSSELL N. WEILER, S. SCOTT WEIMER, ALLAN P WELCH, ROD L. WELLS, EUPHEMIA WERNLI, GLORIA WEST, JOHN R. WHITE, CLIFTON WHITING, GEORGIA S. WIGINTON, DANIEL WILLIAMS AND AMBER WILLIAMS, N. DOUG WILLIAMS, LARRY R. WILSON AND WENDI L. WILSON, STEPHEN I. WINARICK, RODNEY SCOTT WINGER, JAY E. WINTERS, DICK WOODWARD AND TERIL WOODWARD, TOLBERT H. WORLEY, JR., KEN YAKO, DWAYNE YAMBRA, DAVID A. YOCUM, MICHAEL G. YOUNG, SIMON YUAN AND DILI YUAN, ROSIE ZAIZAR, RAYMOND ZAMARIPPA AND VIRGINIA L. ZAMARIPPA, WILLIAM L. ZILLMAN, JOHN ZUCHA, TROY ANDREWS, TRINA HALL, KELLY A.

CRANE, WILLIAM DORSEY AND
LINDA DORSEY, MICHELLE
MCMANUS, MICHAEL F. MILLER,
LAURA RODRIGUEZ, CHRIS SPROLES,
KEVIN M WALCZYK, DIANA WILSON,
WESLEY ZMOLIK, LARRY BROWN,
RODNEY CASTLE AND ACIA CASTLE,
ANTHONY DARWIN, FRANCES AND
LYNDA KELLEY JOHNSON, BRET
OLTJEN AND ANGELA OLTJEN,
MICHAEL E. REITER, LAURA
RODRIGUEZ, AND CHRIS SPROLES,
Appellees

In accordance with this Court's opinion of this date, this interlocutory appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this interlocutory appeal.

Judgment entered this 27th day of June, 2013.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE